United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 3, 2005**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30747
Summary Calendar

_____

LINDA P. ADAMS,

Plaintiff-Appellant,

versus

JOHN E. POTTER, Postmaster General,

Defendant-Appellee.

----------------------
Appeal from the United States District Court
For the Eastern District of Louisiana
USDC No. 2:03-CV-2587-K
----------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:*

Linda P. Adams (hereafter "Adams") filed suit against John E.
Potter, the Postmaster General of the United States Postal Service
("the Postmaster General"), in the United States District Court for
the Eastern District of Louisiana alleging in a one-page complaint
that her employer, the U.S. Postal Service, abolished her job as an
operator and failed to grant her a modified position because of her
race, color, gender, and in retaliation for previous complaints

---

*Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

made by her to the Equal Employment Opportunity Commission. The Postmaster General answered, denying the charges of Adams's complaint and further asserting the defenses of failure to exhaust administrative remedies and lack of jurisdiction. The parties agreed in writing to permit the magistrate judge to resolve the controversy. The Postmaster General moved for summary judgment and the magistrate judge granted the same. Adams timely appealed to this Court.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record itself. For the reasons stated by the magistrate judge in her "Order and Reasons" filed under date of May 27, 2004, we affirm the final judgment entered on that same day which dismissed all of Adams's claims against the Postmaster General with prejudice.

AFFIRMED.